against the Property Security Company and another. J. P. Tolins, of New York City, for appellants. B. H. Arnold, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 141 N. Y. Supp. 1127, 1128.

LANDEKER, Respondent, v. PROPERTY SECURITY CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. May 16, 1913.) Action by Adolf H. Landeker against the Property Security Company and another. A. Feldblum, of Brooklyn, for appellants. B. H. Arnold, of New York City, for respondent. No opinion. Judgment (140 N. Y. Supp. 745) affirmed, with costs. Order filed. See, also, 141 N. Y. Supp. 1127, 1128.

LANE, Appellant, v. SMYER, Respondent. (Supreme Court, Appellate Division, Second Department. May 9, 1913.) Action by Thomas S. Lane against John J. Smyer. 157 A A X 6 9 PER CURIAM. Order of the City Court of Yonkers reversed, with $10 costs and disbursements, and motion denied, with $10 costs, on the ground that the motion should be based upon proper affidavit made by the defendant for leave to serve an amended answer, and not upon the affidavit of the attorney to compel plaintiff to accept an amended answer, which defendant may make, if so advised.

LASCH, Respondent, v. LASCH, Appellant. (Supreme Court, Appellate Division, First Department. May 16, 1913.) Action by William F. Lasch against Louis Lasch, as administrator. D. J. Dowling, for appellant. R. J. Heisler, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

LASHER, Respondent, v. McDERMOTT, Appellant. (Supreme Court, Appellate Division, Third Department. May 7, 1913.) Action by Abbie Lasher against Thomas F. McDermott, as executor, etc., of Rose Quest, deceased. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 141 N. Y. Supp. 574.

LAU, Respondent, v. LAU, Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Action by Annie Lau against Albert Lau. No opinion. Order (140 N. Y. Supp. 310) affirmed, with $10 costs and disbursements.

LAWRENCE, Respondent, v. BROOKLYN, Q. C. & S. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 28, 1913.) Action by Cyrus P. Lawrence against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs. Reargument, and appeal to Court of Appeals, denied 141 N. Y. Supp. 1128.

LAWRENCE, Respondent, v. BROOKLYN, Q. C. & S. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Action by Cyrus P. Lawrence against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Motion for reargument (of 141 N. Y. Supp. 1128), or for leave to appeal to the Court of Appeals, denied.

LAZARONY, Respondent, v. BLACKBURN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 7, 1913.) Action by Joseph L. Lazarony against John Blackburn. No opinion. Order affirmed, with $10 costs and disbursements.

LEGGET, Respondent, v. PELLETREAU, et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Action by David G. Legget against Florence E. Pelletreau and another, as administratrix, etc. No opinion. Judgment affirmed, with costs.

LEHRER v. ASSURANCE LEAGUE OF AMERICA et al. (Supreme Court, Appellate Term, First Department. May 8, 1913.) Appeal from City Court of New York, Trial Term. Action by Philip Lehrer against the Assurance League of America and others. From a City Court judgment for plaintiff, and for defendant Solomon Augenblick against the defendants the Assurance League of America and Goodhart, and from an order denying the motion of the latter to set aside the verdict and for a new trial, they appeal. Reversed in part, and affirmed in part. William A. Goodhart, in pro. per. Edward A. Isaacs, of New York City, for appellant Assurance League of America. Henry Kuntz, of New York City (M. Spencer Bevins, of New York City, of counsel), for respondent Lehrer. Louis B. Brodsky, of New York City, for respondent Augenblick.

PER CURIAM. The contract placed in evidence by the plaintiff provides that upon payment of the money due to the deputies under their agreement to William A. Goodhart, and acceptance of his receipt therefor, the Assurance League of America shall be discharged of all liability for commissions under the agreement. It is conceded that the said League has paid the sum of $1,310 to Goodhart pursuant to this provision, and Goodhart's receipt is in evidence. The judgment against the Asurance League of America is therefore reversed, with costs, and as to it the complaint is dismissed, with costs. The judgment against the defendant William A. Goodhart is affirmed, with costs.

LEMMON, Appellant, v. REID, Respondent. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Action by Wilbur S. Lemmon against Wallace Reid. M. Conboy, of New York City, for appellant. H. A. Heydt, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LEVINE, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. April 30,